# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and Attorney-in-Chief*

Eastern District
Peter Kirchheimer
*Attorney-in-Charge*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 20 2011 ★
BROOKLYN OFFICE

July 11, 2011

*The application is denied at this time.*

*So ordered*
/s/(ARR)   USDJ
07/18/11

cc: Counsel
USPO Haasnoot

The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Ali El Rida*, CR 08-555 (ARR)

Your Honor:

You recently sentenced Mr. Ali El Rida to a term of probation. He is presently sserving his probationary term and is supervised in the District of New Jersey. According to Mr. El Rida, his supervising probation officer has restricted his travel to the District of New Jersey. This restriction has precluded Mr. El Rida from visiting his family members, most of whom live in Queens. He therefore requests that the Court modify the standard conditions of probation to allow Mr. El Rida to travel to the Eastern District of New York to see his family.

Thank you for your attention to this matter.

Respectfully submitted,

Michael K. Schneider, Esq.
(718) 330-1161

cc:   Clerk of the Court [by ECF]
Mr. Evan C. Williams, Esq. [by ECF]
Ms. Sindee J. Haasnoot, Senior United States Probation Officer
Mr. Ali El Rida