SLR:CPK:LDM
F.#2008R00430

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

- against -

ALI EL RIDA,

         Defendant.
- - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 09 2011 ★
BROOKLYN OFFICE

FINAL ORDER OF FORFEITURE

08-CR-0555 (S-1)(ARR)

      WHEREAS, on September 4, 2008, the defendant, ALI EL RIDA, entered a plea of guilty before this Court to both counts of the above-captioned superseding indictment charging violations of 18 U.S.C. § 2320(a), 18 U.S.C. § 513(a), and the Forfeiture Allegation contained therein;

      WHEREAS, on July 7, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure in which the defendant agreed to the entry of a forfeiture money judgment in the amount of five thousand dollars and no cents ($5,000.00) in United States currency (the "Forfeiture Money Judgment"), as well as forfeiture of approximately 2,000 erectile dysfunction tablets bearing counterfeit Pfizer Corporation marks (the "Forfeited Tablets), pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 2323(b), 18 U.S.C. § 2320(b)(1), and 21 U.S.C. § 853, as property used, or intended to be used, in any manner or part to

Case 1:08-cr-00555-ARR   Document 30   Filed 09/09/11   Page 2 of 3 PageID #: 84
Case 1:08-cr-00555-ARR   Document 29-1   Filed 09/08/11   Page 2 of 3 PageID #: 81

2

commit or facilitate the commission of a violation of 18 U.S.C. § 2320(a), property which constitutes or is derived from proceeds obtained directly or indirectly as a result of a violation of 18 U.S.C. § 2320(a) and 18 U.S.C. § 513(a), articles bearing or consisting of a counterfeit mark used in committing a violation of 18 U.S.C. § 2320(a) and/or as substitute assets;

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning on July 5, 2011, and ending on August 3, 2011; and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Forfeited Tablets and the time to do so has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 2323(b), 18 U.S.C. § 2320(b)(1), 21 U.S.C. § 853, and the Preliminary Order of Forfeiture, all right, title, and interest in the Forfeited Tablets is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Food and Drug Administration and its duly authorized agents and contractors be, and hereby are, directed to dispose of the Forfeited Tablets and any payments made towards the Forfeiture

Case 1:08-cr-00555-ARR   Document 30   Filed 09/09/11   Page 3 of 3 PageID #: 85
Case 1:08-cr-00555-ARR   Document 29-1   Filed 09/08/11   Page 3 of 3 PageID #: 82

3

Money Judgment in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Order and the Preliminary Order of Forfeiture.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail three (3) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York, 11201, ATTN: FSA Paralegal Carly F. Diroll-Black.

Dated:   Brooklyn, New York
         September  9 , 2011

                                   _____
                                   HONORABLE ALLYNE R. ROSS
                                   UNITED STATES DISTRICT JUDGE